# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 24, 2021

Lyle W. Cayce
Clerk

No. 21-50006
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

TRAVIS LEE HOUSTON,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:07-CR-745-1

Before HIGGINBOTHAM, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:*

Travis Lee Houston, federal prisoner # 83376-180, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. A district court may modify a defendant's sentence, after considering the applicable 18 U.S.C. § 3553(a) factors, if "extraordinary and compelling

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

reasons warrant such a reduction" and "a reduction is consistent with applicable policy statements issued by the Sentencing Commission." § 3582(c)(1)(A)(i).    We review a district court's decision denying compassionate release for an abuse of discretion. *United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020).

Although Houston contends that the district court afforded insufficient weight to his purported "extraordinary and compelling reasons" for relief, the district court permissibly cited its consideration of the § 3553(a) factors as an independent, standalone basis for the denial. *See id.* at 693-94. To the extent that Houston contends that the district court misbalanced the § 3553(a) factors, his disagreement does not warrant reversal. *See id.* at 694.

AFFIRMED.